Thomas W. Lathram, State Bar No. 59639
Tom@SiliconEdgeLaw.com
Bruce D. Whitley, State Bar No.  130006
BWhitley@SiliconEdgeLaw.com
SILICON EDGE LAW GROUP LLP
6601 Koll Center Parkway, Suite 245
Pleasanton, California 94566
Telephone: (925) 621-2122
Facsimile: (925) 621-2119

Attorneys for Plaintiffs
Gregory Newman and Scott Walchek

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Gregory Newman, an individual, and Scott Walchek, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> Robert L. McGrath, an individual, Michael L. Shelton, an individual, and DOES 1-10. <br><br> Defendants | Civil Action No. C06-5931 SBA <br><br> **ORDER STAYING ACTION AS TO DEFENDANT SHELTON AND CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court having received notice of the Interim Order Extending Automatic Stay to Michael Shelton ("Interim Order") issued by the U.S. Bankruptcy Court, District of Connecticut, on November 30, 2006, in the matter of I*n re: COMPLETE RETREATS, LLC, et al.,* Bankruptcy Case No.: 06-50245 (AHWS), Jointly Administered, which Interim Order extends the protection of the automatic stay provisions of the Bankruptcy Code (11 U.S.C. § 362(a)) to defendant Michael Shelton on an interim basis, the Court hereby orders as follows:

1      IT IS HEREBY ORDERED that this action is stayed as to defendant Michael Shelton

2  until further order of this Court.  The action shall proceed as to defendant Robert L.

3  McGrath.

4      IT IS HEREBY FURTHER ORDERED that the Case Management Conference set

5  for January 11, 2007 is continued to March 22, 2007, at 2:30 p.m., via telephone.  Plaintiffs'

6  counsel shall set up the conference call with all the parties on the line and call chambers at

7  (510) 637-3559.  (NO PARTY SHALL CONTACT CHAMBERS DIRECTLY WITHOUT

8  PRIOR AUTHORIZATION OF THE COURT.)  Counsel shall file a Joint Case Management

9  Conference Statement 10 days in advance of the Case Management Conference.

11  IT IS SO ORDERED.

13  Dated:  1/8/07

_____
The Honorable Saundra B. Armstrong
United States District Court Judge